CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Shinka Denise Pride ) Case No.: 24−10973−JDW
        Debtor(s) ) Chapter: 13
         ) Judge: Jason D. Woodard
         )
         )

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 2/10/26 at 01:30 PM

to consider and act upon the following:

*67* − Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 1/5/2026. (Barkley, Locke)

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 12/23/25

        Shallanda J. Clay
        Clerk, U.S. Bankruptcy Court

BY: MDH
        Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:     Case No. 24-10973-JDW

Shinka Denise Pride     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1     User: autodocke     Page 1 of 2
Date Rcvd: Dec 23, 2025     Form ID: hrg4     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shinka Denise Pride, 18637 Hwy 315, Sardis, MS 38666-2457 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services - Batesville Branch c/o B. Joey Hood  II Attorney at Law, PLLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com |
| Christopher D. Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| First Metropolitan Financial Services - Batesville Branch c/o B. Joey Hood, II Attorney at Law, PLLC | notices@jhoodlaw.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Shinka Denise Pride trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol |

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: Dec 23, 2025 | Form ID: hrg4 | Total Noticed: 1 |

lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 6