

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

SHINKA DENISE PRIDE                                  24-10973-JDW

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #67)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #67) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee"), and the Response thereto filed by the Debtor (Dkt. #68). Upon agreement of the parties,

IT IS ORDERED that:

1.  The Motion shall be and is hereby denied.

2.  The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #47).

3.  The post-petition mortgage payment arrears through February 2026 shall be cured over the remaining term of the Confirmed Plan. The amount necessary to cure such arrears shall be disbursed monthly by the Trustee together with the continuing payment.

4. Should the Debtor become sixty (60) days or more delinquent in Chapter 13 plan payments calculated from March 1, 2026, this case may be dismissed by subsequent order without further notice or hearing.

5. Should the Debtor remain current in scheduled plan payments for a consecutive twelve (12) month period beginning in March 2026, the strict compliance provision in paragraph four (4) shall be unenforceable thereafter.

6. This Agreed Order shall not become final for a period of twenty-one (21) days, giving the affected creditor(s) an opportunity to object to the entry of same.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392

United States Bankruptcy Court

Northern District of Mississippi

In re:  Case No. 24-10973-JDW

Shinka Denise Pride  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1  User: autodocke  Page 1 of 3
Date Rcvd: Feb 17, 2026  Form ID: pdf0005  Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shinka Denise Pride, 18637 Hwy 315, Sardis, MS 38666-2457 |
| 4419354 | + | Fidelity, 126 South Flicker St., Memphis, TN 38104-5927 |
| 4429017 | + | First Metropolitan Financial Services, Inc., Batesville branch, 142 Hwy 6 West, Batesville, MS 38606-2507 |
| 4419361 | | US Dept of Education, PO Box 5609, Wilkes Barre, PA 18773 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 18 2026 03:17:17 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4419346 | | Email/Text: ebn@21stmortgage.com | Feb 18 2026 03:11:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 4419347 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 18 2026 03:17:15 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 4429692 | + | Email/Text: bankruptcyreports@wakeassoc.com | Feb 18 2026 03:11:00 | BAPTIST URGENT CARE, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 4419348 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 18 2026 03:11:11 | Caine Weiner, P.O. Box 5010, Woodland Hills, CA 91365-5010 |
| 4432717 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2026 03:11:00 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 4419349 | + | Email/Text: bankruptcynotices@conns.com | Feb 18 2026 03:11:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 4419350 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 18 2026 03:11:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 4419351 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2026 03:17:12 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4429327 | | Email/Text: mrdiscen@discover.com | Feb 18 2026 03:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4419352 | + | Email/Text: mrdiscen@discover.com | Feb 18 2026 03:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 4419353 | | Email/Text: exeter@ebn.phinsolutions.com | Feb 18 2026 03:11:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 4420379 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 18 2026 03:17:14 | Exeter Finance LLC, AIS Portfolio Services, LLC, |

Case 24-10973-JDW   Doc 72   Filed 02/19/26   Entered 02/19/26 23:41:40   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: pdf0005 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4424187 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 18 2026 03:17:17 | Exeter Finance LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4419355 | ^ | MEBN | Feb 18 2026 03:10:37 | First Metropolitan Financial Services, Attn: Bankruptcy, 6295 Summer Avenue, Ste 102, Memphis, TN 38134-5983 |
| 4423920 | ^ | MEBN | Feb 18 2026 03:10:40 | First Metropolitan Financial Services - Batesville, c/o B. Joey Hood, PO Box 759, Ackerman, MS 39735-0759 |
| 4419356 | | Email/Text: loanme.bankruptcy@account-servicing.com | Feb 18 2026 03:11:00 | Loan Me, P.O. Box 5645, Orange, CA 92863 |
| 4563165 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2026 03:11:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 4419746 | + | Email/Text: inchargehq@westcreekfin.com | Feb 18 2026 03:12:00 | Koalafi, 424 Hull Street Suite 600, Richmond, VA 23224-4114 |
| 4434324 | | Email/Text: jmiller@mutualcu.org | Feb 18 2026 03:11:00 | Mississippi Federal Credit Union, P.O. Box 55889, Jackson, MS 39296-5889 |
| 4419357 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 18 2026 03:11:00 | Navy Federal, PO Box 3500, Merrifield, VA 22119-3500 |
| 4426037 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 18 2026 03:11:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 4419358 | + | Email/PDF: cbp@omf.com | Feb 18 2026 03:17:11 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 4425970 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2026 03:17:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 4419359 | + | Email/Text: clientservices@sourcerm.com | Feb 18 2026 03:11:00 | Source Receiveables, 4615 Dundas Dr, Ste 102, Greensboro, NC 27407-1761 |
| 4419360 | ^ | MEBN | Feb 18 2026 03:10:26 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4419362 | + | Email/Text: ebone.woods@usdoj.gov | Feb 18 2026 03:11:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4437138 | | Email/PDF: ebn_ais@aisinfo.com | Feb 18 2026 03:17:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Exeter Finance LLC |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| 4426040 | *+ | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 3 of 3 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdf0005 | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

**Name**            **Email Address**

B. Joey Hood, II

    on behalf of Creditor First Metropolitan Financial Services - Batesville Branch c/o B. Joey Hood  II Attorney at Law, PLLC
    cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com

Christopher D. Meyer

    on behalf of Creditor Exeter Finance LLC cmeyer@burr.com
    sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

First Metropolitan Financial Services - Batesville Branch c/o B. Joey Hood, II Attorney at Law, PLLC
    notices@jhoodlaw.com

Locke D. Barkley

    Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com

Thomas C. Rollins, Jr.

    on behalf of Debtor Shinka Denise Pride trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 6