**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO:** |
| **SHINKA DENISE PRIDE**<br>**18637 HWY 315**<br>**SARDIS, MS 38666** | **24-10973-JDW** |

### NOTICE TO DEBTOR

NOTICE is hereby given that your plan payment will change from **$2,491.50 MONTHLY** to **$2,583.50 MONTHLY** effective in <u>**03/2026**</u>.

The reason for the changes in your plan payment is:

_____     Due to a change in your monthly mortgage payment.

_____     Due to a claim being filed for a different amount than scheduled.

\_\_XX\_\_     Due to entry of an order 2/17/2026.

_____     Other:

    **If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

    **If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

    **If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  02/19/2026

                                          Sincerely,
                                          /s/ Locke D. Barkley
                                          Chapter 13 Trustee

CC:    THOMAS C ROLLINS JR
           THE ROLLINS LAW FIRM PLLC
           PO BOX 13767

           JACKSON, MS 39236

## CERTIFICATE OF SERVICE

       I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  February 19, 2026

                                                              /s/ Locke D. Barkley
                                                            CHAPTER 13 TRUSTEE